UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff, | )<br>)<br>) |
| v. | )　　Civil Action No. 16-12205-RGS<br>) |
| $68,480 IN UNITED STATES<br>CURRENCY<br>　　　　　Defendant. | )<br>)<br>)<br>) |
| AADRIAN EVELYN,<br>　　　　　Claimant. | )<br>)<br>)<br>) |

## <u>FINAL JUDGMENT AND ORDER OF FORFEITURE</u>

**STEARNS, D.J.**

This Court having allowed the Parties' Joint Motion for Final Judgment and Order of

Forfeiture, it is hereby ORDERED, ADJUDGED and DECREED:

1.　　Judgment by agreement of the Parties is hereby entered (1) for the forfeiture of

$65,056 in United States currency (the "Forfeited Currency") to the United States, pursuant to 21

U.S.C. § 881(a)(6), and 18 U.S.C. § 2428; and (2) the release of $3,424 in United States

currency (the "Released Currency") to the Claimant, via the United States Marshals Service.

2.　　The Forfeited Currency shall be disposed of by the United States Marshals

Service, pursuant to the provisions of the Settlement Agreement entered into between the Parties,

and applicable law.

3.　　The Released Currency shall be returned to Claimant by the United States

Marshals Service, pursuant to the provisions of the Settlement Agreement entered into between

the Parties, and applicable law.

    4.       Any claim of interest of any other parties claiming any right, title, or interest in or to the Forfeited Currency and/or the Released Currency is hereby held in default and dismissed.

    5.       This Court shall retain jurisdiction in this case solely for the purpose of enforcing the terms of this Judgment.   Otherwise, this Order shall be, and hereby is, the full and final disposition of this civil forfeiture action.

DONE and ORDERED in Boston, Massachusetts, this 3d day of January, 2018.

RICHARD G. STEARNS
United States District Judge